# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  12cv0553                                                                 Purchased/Filed: June 13, 2012

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                WESTERN DISTRICT

---

|  |  |
|---|---|
| *Colleen Freeman* | Plaintiff |
| against |  |
| *Peter T. Roach and Associates, P.C. and LVNV Funding, LLC* | Defendant |

---

STATE OF NEW YORK  
COUNTY OF ALBANY        SS.:

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 25, 2012_____, at __11:45 am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Demand for Jury Trial Demand

on

_____Peter T. Roach and Associates, P.C._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__  
Color of skin: __White__   Hair color: __Brown__   Sex: __Male__   Other: _____

Sworn to before me on this  
26th day of       June, 2012

DIANE KOEHLER  
NOTARY PUBLIC, State of New York  
No. 01KO6202736, Albany County  
Commission Expires March 23, 2013

Heather Morigerato  
**Attny's File No.**  
Invoice•Work Order # SP1207374

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**