UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

COLLEEN FREEMAN,

        Plaintiff,

v.

PETER T. ROACH AND ASSOCIATES, P.C.
AND LVNV FUNDING LLC,

        Defendants.

Civil Action No. 12-CV-00553

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:

_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED:

_____
Aaron R. Easley, Attorney
Sessions, Fishman, Nathan & Israel, LLC
*Attorneys for Defendant*
200 Route 31 North, Suite 203
Flemington, NJ 08822-5736
Phone: (619) 758-1891